UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20560-CR-O'SULLIVAN

[CONSENT]

UNITED STATES OF AMERICA

vs.

EDGAR RANDOLPH SCOTT,

     Defendant.
_____/

## JUDGMENT OF ACQUITTAL

THIS MATTER is before the Court on the Mandate (DE# 62, 7/27/12) issued by the Eleventh Circuit Court of Appeals. Accordingly, it is

ORDERED AND ADJUDGED that the defendant is hereby **ACQUITTED** of all charges in this case. See United States v. Scott, No. 11-15536, 2012 WL 2377096 (11th Cir. Jun. 25, 2012). It is further

ORDERED AND ADJUDGED that the Judgment (DE# 25, 9/7/10) is **VACATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this **27th** day of July, 2012.

                                            _____
                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All Counsel of Record
Maria Monge, U.S. Probation